**E-filed 4/27/06**

BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant SEPULVEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00701 JW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER** |
| v. | ) | |
| VALENTIN SEPULVEDA, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Wednesday, May 24, 2006, at 9:00 a.m., should be continued to Wednesday, July 5, 2006, at 9:00 a.m.

The continuance is requested because the defense and the Probation Office require additional time to complete the presentence investigation process.  U.S. Probation Officer Connie Cook concurs in the request.

Dated: 4/24/06                                   _____/s/_____
                                                 LARA S. VINNARD
                                                 Assistant Federal Public Defender

Dated: 4/21/06                                   _____/s/_____
                                                 SUSAN KNIGHT
                                                 Assistant United States Attorney

STIPULATION TO CONTINUE
SENTENCING HEARING
No. CR 05-00701 JW                                         1

1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00701 JF |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER CONTINUING** |
| | ) | **SENTENCING HEARING** |
| v. | ) | |
| | ) | |
| VALENTIN SEPULVEDA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties have jointly requested a continuance of the hearing set for May 24, 2006, on grounds that the defense and the Probation Office require additional time to complete the presentence investigation process.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing presently set for May 24, 2006, is continued to July 5, 2006, at 9:00 a.m.

Dated:    4/27/06

_____
JEREMY FOGEL
United States District Judge

ORDER CONTINUING SENTENCING
No. CR 05-00701 JW                         2