**E-filed 7/5/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00701 JF |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING SENTENCING HEARING** |
| v. | |
| VALENTIN SEPULVEDA, | |
| Defendant. | |

The parties have jointly requested a continuance of the hearing set for July 5, 2006, on grounds that the defense and the Probation Office require additional time to complete the presentence investigation process, and because the parties are attempting to resolve an issue relating to venue.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing presently set for July 5, 2006, is continued to July 26, 2006, at 9:00 a.m.

Dated:   7/5/06

_____
JEREMY FOGEL
United States District Judge

ORDER CONTINUING SENTENCING
No. CR 05-00701 JF                                              1